IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNDERWRITERS OF LLOYDS OF
LONDON,

    Plaintiff,

vs.                                        CASE NO. 3:11cv175/RS-CJK

THOMAS L. McKINNIE and UNITED
STATES OF AMERICA, acting through
its agency, THE INTERNAL REVENUE
SERVICE, UNITED STATES
DEPARTMENT OF TREASURY,

    Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion For Remand (Doc. 5).

**IT IS ORDERED:**

1. Plaintiff's Motion For Remand is **denied**.

2. Plaintiff is directed to deposit the contested policy proceeds into the registry of this court not later than May 26, 2011.  Upon making that deposit, Plaintiff is discharged.

**ORDERED** on May 12, 2011.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**